May 24, 1940

No. 43797.—Suit 4246.— ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ —*Alfred Kohlberg, Inc.*
v. *United States.* C. D. 93, 2 Cust. Ct. 93, affirmed. C. A. D. 111.

Before the First Division, May 29, 1940

No. 43798.—Protest 999523–G of American Merchandise Co., Inc. (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel and on the authority of Abstract 41823 the fur animals in question were held dutiable at 50 percent under paragraph 1519 (e) as claimed.

No. 43799.—Protests 991797–G, etc., of Wm. Shaland (New York).

Opinion by Tilson, J. In accordance with stipulation of counsel squawker balloons partly manufactured of bamboo similar to those involved in Abstract 40493 were held dutiable at 45 percent under paragraph 409. Animals in chief value of fur were held dutiable at 50 percent under paragraph 1519 (e), Abstract 41823 followed.

No. 43800.—Protest 948996–G of Schear & Schrader (San Francisco).

Opinion by Tilson, J. The record showed that the ivorite elephants in question are composed in chief value of plaster of paris. The claim at 35 percent under paragraph 205 was therefore sustained.

No. 43801.—Protest 923027–G/87082 of Oscar Leistner, Inc. (Chicago).

Opinion by Tilson, J. It was stipulated that the merchandise consists of electrically constructed Christmas wreaths similar to those involved in *Minami* v. *United States* (1 Cust. Ct. 307, C. D. 72). The claim at 35 percent under paragraph 353 was therefore sustained.

No. 43802.—Protest 1213–K/88633 of N. Shure Co. (Chicago).

Opinion by Tilson, J. It was stipulated that the mice in question are similar to those involved in Abstract 35129. The claim at 45 percent under paragraph 397 was therefore sustained.

Before the Second Division, May 29, 1940

No. 43803.—Protests 681178–G, etc., of B. N. Supta et al. (New York).

Opinion by Kincheloe, J. It appeared that the cocoa fiber pile mats in question are similar to those the subject of *United States* v. *Penn* (27 C. C. P. A.